UNITED STATES BANKRUPTCY COURT
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

In re:  **Debtor(s):**
Raymond H Meyer                              Case No.: 15-48765-659
xxx-xx-0281

**Jill S Meyer**                             CHAPTER 13
xxx-xx-4964

**ORDER AND NOTICE OF AMENDED DOCUMENTS DUE AS SET FORTH BELOW**

The above Debtor(s) Amended Schedules or other documents as indicated below were not filed using the current Official Forms that went into effect on December 1, 2015.

**NOTICE IS HEREBY GIVEN THAT FAILURE TO TIMELY FILE THE DOCUMENTS NOTED BELOW USING THE CURRENT OFFICIAL FORMS WITHIN 14 DAYS MAY LEAD TO DISMISSAL OF THIS CASE WITHOUT FURTHER NOTICE OR HEARING FROM THIS COURT OR MAY LEAD TO OTHER ACTION.**

( )     **Summary of Your Assets and Liabilities and Certain Statistical Information (Form B106Sum)**
( )     **Schedule A/B: Property (Form B106B)**
( )     **Schedule C: The Property You Claim as Exempt (Form B106C)**
( )     **Schedule D: Creditors Who Hold Claims Secured by Property (Form B106D)**
( )     **Schedule E/F: Creditors Who Have Unsecured Claims (Form B106E/F)**
( )     **Schedule G: Executory Contracts and Unexpired Leases (Form B106G)**
( )     **Schedule H: Your Codebtors (Form B106H)**
(XX)    **Schedule I: Your Income (Form B106I)**
(XX)    **Schedule J: Your Expenses (Form B016J)**
(XX)    **Declaration About an Individual Debtor's Schedules (Form B106Dec)**
( )     **Your Statement of Financial Affairs for Individuals Filing for Bankruptcy (Form B107)**
( )     **Chapter 7 Statement of Your Current Monthly Income and Means Test Calculation (Form B122A)**
( )     **Chapter 11 Statement of Your Current Monthly Income (Form B122B)**
( )     **Chapter 13 Statement of Your Current Monthly Income (Form B122C)**
( )

*Kathy A. Surratt-States*

**KATHY A. SURRATT-STATES
Chief United States Bankruptcy
Judge**

**Dated: January 20, 2016
St. Louis, Missouri 63102**

jlj

**Reported Alias Information**

**12/15**